

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

**LAW OFFICES OF TIMOTHY R. HOTT , P.C.**
**TIMOTHY R. HOTT, ESQ.**
591 Summit Avenue
Jersey City, New Jersey 07306
Tel: (201)653-5000
Fax: (201) 659-6590
(TH 6729)
Email: TimHott@Gmail.com
Attorney for the Plaintiffs

| | |
|---|---|
| Dennis Whitby, et al<br><br>*Plaintiff(s)*<br>vs.<br><br>Benmar Air Conditioning LLC, et al<br><br>*Defendant(s)* | CIVIL ACTION<br><br>CIVIL ACTION NO.<br><br>2:12-CV-02858 (FSH) (PS)<br><br>**ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT: USC ENVIRONMENTAL, INC. ONLY** |

In this action the defendant, USC Environmental, Inc., having been regularly served with the Summons and Complaint and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired and the default of the said Defendant, the premises having been duly entered according to law; upon the application of the Plaintiff, judgment is hereby entered against the said Defendant in pursuance of the prayer of the Complaint.

WHEREFORE, by virtue of law and by reason of the premises aforesaid;

It is ORDERED, ADJUDGED and DECREED that the said Plaintiffs do have and recover from each of said Defendants, separately, the sums set forth below:

USC Environmental, Inc. . . . . . . . . . . . . . . . . . . . . . . . . . **$7,717.50**

SO ORDERED on 1/22/13

_____
**FAITH S. HOCHBERG, U.S.D.J.**